ACCEPTED
01-14-00422-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/31/2014 2:04:32 PM
CHRISTOPHER PRINE
CLERK

### No. 01-14-00422-CR

In the
Court of Appeals
for the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/31/2014 2:04:32 PM
CHRISTOPHER A. PRINE
Clerk

————————◆————————

### No. 1382570

In the 183rd District Court
Of Harris County, Texas

————————◆————————

## BENJAMIN MAURINE SADLER

*Appellant*

v.

## THE STATE OF TEXAS

*Appellee*

————————◆————————

## STATE'S SECOND MOTION FOR EXTENSION OF TIME IN WHICH TO FILE AN APPELLATE BRIEF

————————◆————————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for an extension of time in which to file the State's brief in this cause, and, in support thereof, presents the following:

1.  On May 6, 2014, a jury convicted appellant of possession of a controlled substance with intent to deliver and sentenced him to 25 years in the Institutional Division of the Texas Department of Criminal Justice.

2.  Appellant filed a timely written notice of appeal on May 6, 2014.

3.  The State's brief was due on December 31, 2014.

4.  An extension of time in which to file the State's brief is requested until January 30, 2015.

5.  The following facts are relied upon to show good cause for the requested extension:

    i.   The undersigned attorney has been engaged in preparation for oral argument before the Fourteenth Court of Appeals on December 10, 2014 in Cause No. 14-13-00839-CR, *Patrick Marcel Brown, Appellant v. The State of Texas, Appellee*.

    ii.  The undersigned attorney has been engaged in the preparation of the State's Post-submission Brief in Cause No. 01-12-01124-CR, *Casey Demon Carmon, Appellant v. The State of Texas, Appellee*.

    iii. The undersigned attorney has been engaged in the preparation of the State's Brief in Cause No. 14-14-00389-CR, *Eric Lopez, Appellant v. The State of Texas, Appellee*.

    iv.  The undersigned attorney has been engaged in the preparation of the State's Brief in Cause No. 14-14-00139-CR, *Isaac Smith, Appellant v. The State of Texas, Appellee*.

    v.   The undersigned attorney was on Christmas vacation from December 22nd through December 26th.

WHEREFORE, the State prays that this Court will grant an additional extension of time until January 30, 2015 in which to file the State's brief in this cause.

Respectfully submitted,


/s/ Heather A. Hudson
**HEATHER A. HUDSON**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
State Bar No. 24058991
hudson_heather@dao.hctx.net
curry_alan@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been submitted

for service by e-filing to the following address:

Kelly Ann Smith
P.O. Box 10751
Houston, Texas 77206
Tel: (281) 734-0668
Kelly.A.Smith.06@gmail.com


/s/ Heather A. Hudson
**HEATHER A. HUDSON**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
State Bar No. 24058991

Date:  December 31, 2014